No. 97–1201. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. ELI LILLY & CO. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1380. ELI LILLY & CO. v. REGENTS OF THE UNIVERSITY OF CALIFORNIA. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1343. LAWVERE ET UX. v. EAST LYCOMING SCHOOL DISTRICT ET AL. C. A. 3d Cir. Motion of petitioners Scott Lawvere et ux. to strike a brief in opposition denied. Certiorari denied.

No. 97–7868. GORE v. THE ENTERPRISE. C. A. 11th Cir. Certiorari before judgment denied.

No. 97–8155 (A–658). BROCKMAN v. SWEETWATER COUNTY SCHOOL DISTRICT NO. 1. C. A. 10th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

No. 97–944. CRADDOCK ET AL. v. CIRCUIT COURT OF VIRGINIA, PRINCE WILLIAM COUNTY, 522 U. S. 1111;

No. 97–1042. HIMBER v. POWERS ET AL., 522 U. S. 1092;

No. 97–1046. MCDONALD v. ST. LOUIS SOUTHWESTERN RAILROAD, 522 U. S. 1115;

No. 97–1076. AMERICAN RELOCATION NETWORK INTERNATIONAL, INC. v. WAL-MART STORES, INC., ET AL., 522 U. S. 1116;

No. 97–1079. STALLWORTH v. ALABAMA, 522 U. S. 1116;

No. 97–1093. SHIFMAN v. UNITED STATES, 522 U. S. 1116;

No. 97–6173. WELLS v. WELLS, 522 U. S. 1001;

No. 97–6382. JACKSON v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, 522 U. S. 1119;

No. 97–6504. MCCLAIN v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL., 522 U. S. 1055;

No. 97–6610. BISHOP v. GEORGIA, 522 U. S. 1119;

No. 97–6697. SCOTT v. BRUNDAGE, 522 U. S. 1059;

No. 97–6706. JOZAITIS v. FORT DEARBORN LIFE INSURANCE CO., 522 U. S. 1120;

No. 97–6806. MITCHELL v. REES, WARDEN, 522 U. S. 1120;

No. 97–6851. SIMPSON v. FLORIDA, 522 U. S. 1093;

No. 97–6872. BATES v. UNITED STATES, 522 U. S. 1062;

No. 97–7076. RANDALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1123;

No. 97–7147. BRADFORD v. LOUISIANA STATE UNIVERSITY MEDICAL CENTER ET AL., 522 U. S. 1125;

No. 97–7157. HOLMAN v. PAGE, WARDEN, 522 U. S. 1150;

No. 97–7194. BAADE v. COLUMBIA HOSPITAL FOR WOMEN ET AL., 522 U. S. 1127;

No. 97–7240. THOMASON v. GEORGIA, 522 U. S. 1129;

No. 97–7277. BROWN v. UNITED STATES, 522 U. S. 1130;

No. 97–7293. TAVAKOLI-NOURI v. WASHINGTON HOSPITAL CENTER ET AL., 522 U. S. 1150;

No. 97–7323. SOMMERS v. KENTUCKY, 522 U. S. 1132;

No. 97–7329. KESELICA v. VIRGINIA, 522 U. S. 1132;

No. 97–7394. SHARP v. MAKOWSKI, WARDEN, ante, p. 1009;

No. 97–7449. RICKS v. THOMAS ET AL., 522 U. S. 1136;

No. 97–7587. WILKINSON v. SUMNER, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, ante, p. 1028; and

No. 97–7610. HAAKE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 522 U. S. 1140. Petitions for rehearing denied.

No. 97–699. COOPER v. UNITED STATES, 522 U. S. 1089. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Petition for rehearing denied.

APRIL 21, 1998

No. A–794. SWEET v. MISSOURI. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 97–8769 (A–793). IN RE VILLAFUERTE. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.